**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: JOHN MILLER and THERESA MILLER, | : : : | Case Number 5:16-bk-01567 |
| Debtors. | : | Chapter 13 |

## DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129 (a) (14), 1225 (a) (7), AND 1325 (a) (8) and (a) (9)

Debtors, John & Theresa Miller, upon their oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on December 5, 2017.

2. That all post-petition amounts, required to be paid under any and all Domestic Support Obligations, have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. §1308, have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for the Debtors, that the Debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

We hereby certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we would be subject to punishment.

DATED: November 27, 2017   BY: /s/ Patrick J. Best
                           Counsel for Debtor

DATED: November 27, 2017   BY: /s/ John Miller          BY: /s/ Theresa Miller
                           Debtor                        Co-Debtor