IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK. No. 5:16-01567 JJT |
| JOHN WILLIAM MILLER | |
| THERESA AHBEZ MILLER | Chapter No. 13 |
| A/K/A THERESA AHBEZ | |
| Debtors | |
| | |
| GOSHEN MORTGAGE, LLC | |
| Movant | 11 U.S.C. §362 |
| v. | |
| JOHN WILLIAM MILLER | |
| THERESA AHBEZ MILLER | |
| A/K/A THERESA AHBEZ | |
| Respondents | |

### ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION

**AND NOW**, this 10th day of January, 2018, at **WILKES-BARRE**, upon Motion of **GOSHEN MORTGAGE, LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law.

Dated: January 10, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (PR)